

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Ricardo A. Samaniego, in his official capacity as County Judge, Carlos Leon, in his official capacity as County Commissioner, David Stout, in his official capacity as County Commissioner, Illiana Holguin, in her official capacity as County Commissioner, Carl L. Robinson, in his official capacity as County Commissioner, | § § § § § § | No. 08-22-00029-CV<br><br>Appeal from the<br><br>County Court at Law No. 7<br><br>of El Paso County, Texas<br><br>(TC# 2021-DCV-1132) |
| Appellants, | § |  |
| v. | § |  |
| Associated General Contractors of Texas, Highway, Heavy, Utilities & Industrial Branch and a Brothers Milling, LLC, | § § | |
| Appellees. | § | |
|  | § | |

# **O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **June 1, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before June 1, 2022.

IT IS SO ORDERED this 9th day of May, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.